PORT MORRIS WET WASH LAUNDRY Co., INC., Appellant, v. FIDELE MUSSORRAFITI and CARMELA MUSSORRAFITI, Respondents.— Order so far as appealed

from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.